IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 08-50 |
| JOSEPH J. SMITH<br>CYNTHIA R. McDONOUGH | :<br>: |

O R D E R

AND NOW, this 28th day of October, 2009, upon consideration of the government's unopposed motion to continue the date of sentencing for the defendants in the above-captioned case, for cause shown and upon agreement of the parties, the Court concludes that the motion should be granted, and, therefore, it is hereby

ORDERED that the Unopposed Motion of United States of America to Continue Date for Sentencing of Defendants is GRANTED; and it is further

ORDERED that the sentencing hearing for defendant Joseph J. Smith is continued until December 16, 2009, at 10:00 a.m. before the Honorable John R. Padova, United States District Judge, Courtroom 17-B, United States Courthouse, 601 Market Street Philadelphia, Pennsylvania 19106; and it is further

ORDERED that the sentencing hearing for defendant Cynthia R. McDonough is continued until December 16, 2009, at 10:00 a.m. before the Honorable John R. Padova, United States District Judge, Courtroom 17-B, United States Courthouse, 601 Market Street Philadelphia, Pennsylvania 19106.

HONORABLE JOHN R. PADOVA
Senior United States District Judge