UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215/597-1178

December 9, 2009

**NOTICE OF CONFERENCE:**

RE:   USA v. Joseph Smith and Cynthia McDonough
       Criminal Action No. 08-50-all

Dear Counsel:

    Please be advised that a status conference is scheduled to be held on December 10, 2009 at 10:30 a.m. in Chambers (Room 17613), 17th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,


Jenniffer Cabrera
Deputy Clerk to Judge Padova

To:   Counsel of Record